IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:10cr35-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LEODEGARIO GOMEZ ALVIAR. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss without Prejudice [Doc. 35].

For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss without Prejudice [Doc. 35] is hereby **GRANTED** and the bill of indictment in this matter is hereby **DISMISSED** without prejudice.

Signed: October 21, 2010

Martin Reidinger
United States District Judge